MORTGAGE CO. *v.* TRUST CO.; WILLIAMS *v.* PATLA.

PER CURIAM. This is a petition of defendants for a writ of recordari and supersedeas. C. S., 630. The court below heard the petition, found the facts, and rendered a judgment or order that the writ of recordari and supersedeas issue. Upon an inspection of the entire record, we see no error in the judgment or order of the court below. The judgment is
Affirmed.

---

## CONTINENTAL MORTGAGE COMPANY v. CITIZENS BANK AND TRUST COMPANY ET AL.

(Filed 6 June, 1930.)

APPEAL by defendants from *Schenck, J.,* at March Term, 1930, of BUNCOMBE. Affirmed.

*Arledge & Taylor for appellants.*
*Heazel, Shuford & Hartshorn for appellee.*

PER CURIAM. The demurrer filed by the defendants admits all the allegations of the complaint, among which is an allegation that the defendants are indebted to the plaintiff in a stated amount. The judgment overruling the demurrer is
Affirmed.

---

## ELIZABETH WILLIAMS v. J. A. PATLA, TRUSTEE, ET AL.

(Filed 6 June, 1930.)

APPEAL by defendants from *Finley, J.,* at October Term, 1929, of BUNCOMBE.
Civil action to quiet title and to remove a cloud therefrom.
There was a judgment for the plaintiff, from which the defendants appeal, assigning errors.

*Bourne, Parker & Jones and Thomas J. Rickman for plaintiff.*
*Weaver & Patla for defendants.*

PER CURIAM. No reversible error has been pointed out by appellants, hence the judgment will not be disturbed.
Affirmed.